UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: WELDING FUME PRODUCTS LIABILITY LITIGATION | ) ) ) ) | Case No. 1:03-CV-17000 (MDL Docket No. 1535) |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE O'MALLEY |
| *See Appendix A* | ) ) | |

## JOINT STIPULATED ORDER TO REMAND CERTAIN CASES

Plaintiffs' Lead Co-Counsel and Defendants' Liaison Counsel respectfully submit this Joint Stipulated Order to Remand Certain Cases with pending motions to remand. This stipulated order applies to cases listed in Appendix A. The parties stipulate that the cases listed in Appendix A should be remanded.

Therefore, the Court hereby remands all claims made by plaintiffs listed in Appendix A to this Order to the Circuit Court of Marshall County, West Virginia, where plaintiffs' claims were originally filed as part of *Adames, et al v. AGA Gas, Inc, et al*, Civil Action File No. 03-C-115(M).

IT IS SO ORDERED.

KATHLEEN MCDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE

Dated: March 19, 2007  Respectfully submitted,

s/ Don Barrett  
Don Barrett  
BARRETT LAW OFFICE, P.A.  
404 Court Square North  
P.O. Box 978  
Lexington, MS 39095  

s/ Richard F. Scruggs  
Richard F. Scruggs  
THE SCRUGGS LAW FIRM, P.A.  
120-A Courthouse Square  
P.O. Box 1136  
Oxford, MS 38655  

LEAD CO-COUNSEL FOR PLAINTIFFS

s/ John Beisner  
John H. Beisner  
Stephen J. Harburg  
Jessica D. Miller  
O'MELVENY & MYERS LLP  
1625 Eye Street, N.W.  
Washington, D.C. 20006  

DEFENDANTS' LIAISON COUNSEL

Adames, et al. 02/15/07
To be remanded

| | Plaintiff | Cause Number |
|---|---|---|
| 1 | Adams, Paul A. | 1:04-CV-19213 |
| 2 | Allen, Terry C. | 1:04-CV-19227 |
| 3 | Andres, Albert | 1:04-CV-19245 |
| 4 | Arnett, Robert | 1:04-CV-19261 |
| 5 | Arredondo, Claudio B. | 1:04-CV-19264 |
| 6 | Barrera, Juan J. | 1:04-CV-19302 |
| 7 | Bebee, Johnny | 1:04-CV-19322 |
| 8 | Bell, Walter M. | 1:04-CV-19329 |
| 9 | Berg, Clarence | 1:04-CV-19339 |
| 10 | Bradshaw, Charlie E. | 1:04-CV-19396 |
| 11 | Braneff, Albert L. | 1:04-CV-19397 |
| 12 | Breaux, Burton | 1:04-CV-19402 |
| 13 | Campos, Antonio L. | 1:04-CV-19495 |
| 14 | Canchola, Juan | 1:04-CV-19498 |
| 15 | Cantu, Jesse | 1:04-CV-19507 |
| 16 | Carlie, Lloyd E. | 1:04-CV-19513 |
| 17 | Carrow, Norman E. | 1:04-CV-19528 |
| 18 | Cast, James F. | 1:04-CV-19536 |
| 19 | Chapa, Roberto | 1:04-CV-19564 |
| 20 | Cheek, Louis | 1:04-CV-19576 |
| 21 | Choice, Johnie | 1:04-CV-19581 |
| 22 | Copeland, Jimmie D. | 1:04-CV-19634 |
| 23 | Craven, Joe | 1:04-CV-19653 |
| 24 | Crislip, Victor A | 1:04-CV-19656 |
| 25 | Crosby, Don | 1:04-CV-19659 |
| 26 | Curley, Robert | 1:04-CV-19673 |
| 27 | Curry, Phillip E | 1:04-CV-19674 |
| 28 | Davis, David L. | 1:04-CV-19692 |
| 29 | Davis, Forrest | 1:04-CV-19694 |
| 30 | Davis, Jimmy L. | 1:04-CV-19688 |
| 31 | Davis, Robert | 1:04-CV-19703 |
| 32 | DeLeon, Leonel | 1:04-CV-19718 |
| 33 | DeYoung, Carl | 1:04-CV-19731 |
| 34 | Dorn, Donald W. | 1:04-CV-19751 |
| 35 | Eason, Vernon | 1:04-CV-19778 |
| 36 | Ellis, Jeffery W. | 1:04-CV-19809 |
| 37 | Ellis, William D. | 1:04-CV-19812 |
| 38 | Etheridge, Larry | 1:04-CV-19827 |
| 39 | Evans, Claude | 1:04-CV-19828 |
| 40 | Fitzgerald, Larry L. | 1:04-CV-19851 |
| 41 | Fleniken, Charles | 1:04-CV-19857 |
| 42 | Flores, Jose Armando | 1:04-CV-19865 |
| 43 | Flores, Martin V. | 1:04-CV-19867 |
| 44 | Ford, Charles W. | 1:04-CV-19880 |

Adames, et al.  02/15/07
To be remanded

| | Plaintiff | Cause Number |
|---|---|---|
| 45 | Ford, Emmett | 1:04-CV-19881 |
| 46 | Gaitan, Daniel | 1:04-CV-19910 |
| 47 | Galan, Margie S. | 1:04-CV-19911 |
| 48 | Garcia, Fred | 1:04-CV-19926 |
| 49 | Garza, Amando | 1:04-CV-19942 |
| 50 | Garza, Gilbert H. | 1:04-CV-19944 |
| 51 | Garza, Patrick | 1:04-CV-19950 |
| 52 | Gates, Jerry | 1:04-CV-19955 |
| 53 | Gidden, Gary L. | 1:04-CV-19971 |
| 54 | Gilbert, Jerry | 1:04-CV-19973 |
| 55 | Gonzales, Roman P. | 1:04-CV-21000 |
| 56 | Gonzalez, Louis | 1:04-CV-21006 |
| 57 | Goodall, Douglas J. | 1:04-CV-21011 |
| 58 | Graves, Larry J. | 1:04-CV-21027 |
| 59 | Greathouse, Orville J | 1:04-CV-21032 |
| 60 | Green, George | 1:04-CV-21034 |
| 61 | Green, William Melvin | 1:04-CV-21037 |
| 62 | Guerra, Guadalupe | 1:04-CV-21052 |
| 63 | Guillory, Lawrence | 1:04-CV-21057 |
| 64 | Gutierrez, Hector | 1:04-CV-21062 |
| 65 | Hall, Raymond F | 1:04-CV-21075 |
| 66 | Hammond, Terry | 1:04-CV-21081 |
| 67 | Hanasky, John A. | 1:04-CV-21084 |
| 68 | Harmon, James L. | 1:04-CV-21090 |
| 69 | Harris, James W | 1:04-CV-21096 |
| 70 | Harris, Jimmy C. | 1:04-CV-21098 |
| 71 | Hazlett, Thomas C. | 1:04-CV-21118 |
| 72 | Holladay, Frankie E. | 1:04-CV-21192 |
| 73 | Horn, Frederick J. | 1:04-CV-21208 |
| 74 | Howard, Willie T. | 1:04-CV-21217 |
| 75 | Huerta, Cristobal S. | 1:04-CV-21230 |
| 76 | Hunt, John | 1:04-CV-21245 |
| 77 | Hylton, Lascelles | 1:04-CV-21251 |
| 78 | Jacob, Aaron | 1:04-CV-21269 |
| 79 | Janca, Julius J. | 1:04-CV-21273 |
| 80 | Jeffcoat, Cameron | 1:04-CV-21279 |
| 81 | Johnson, Charles R. | 1:04-CV-21297 |
| 82 | Johnson, Gary R. | 1:04-CV-21301 |
| 83 | Johnson, Hillary | 1:04-CV-21302 |
| 84 | Jones, Davis | 1:04-CV-21333 |
| 85 | Jones, Paul | 1:04-CV-21346 |
| 86 | Kennedy, J. | 1:04-CV-21368 |
| 87 | Kennedy, William | 1:04-CV-21371 |
| 88 | Kenney, Ronald | 1:04-CV-21372 |

Adames, et al. 02/15/07
To be remanded

| | Plaintiff | Cause Number |
|---|---|---|
| 89 | King, Virgil, L. | 1:04-CV-21383 |
| 90 | Kitchens, Raymond T. | 1:04-CV-21386 |
| 91 | Kortz, A. J. | 1:04-CV-21391 |
| 92 | Kyle, Weldon Mike | 1:04-CV-21395 |
| 93 | Lewis, Jerry | 1:04-CV-21445 |
| 94 | Lindop, David M. | 1:04-CV-21451 |
| 95 | Lindsay, Buddy | 1:04-CV-21452 |
| 96 | Lopez, Elias | 1:04-CV-21465 |
| 97 | Lopez, Porfirio G. | 1:04-CV-21468 |
| 98 | Lundie, Ronald | 1:04-CV-21491 |
| 99 | Mace, Freer R. | 1:04-CV-22684 |
| 100 | Maldonado, Jose | 1:04-CV-21504 |
| 101 | Manning, Russell | 1:04-CV-21511 |
| 102 | Martin, Hazel J. | 1:04-CV-21526 |
| 103 | Mason, Ralph S. | 1:04-CV-21543 |
| 104 | Mason, Richard | 1:04-CV-21544 |
| 105 | Mathues, Robert | 1:04-CV-22685 |
| 106 | Maze, James E. | 1:04-CV-21562 |
| 107 | McCollom, Robert | 1:04-CV-21571 |
| 108 | McDonald, Mike | 1:04-CV-21576 |
| 109 | McFarland, Arnold B. | 1:04-CV-21578 |
| 110 | McFarland, Arthur R. | 1:04-CV-21579 |
| 111 | McGriff, Wayne | 1:04-CV-21587 |
| 112 | McHam, Ed | 1:04-CV-21590 |
| 113 | McLemore, Joe | 1:04-CV-21598 |
| 114 | Meyer, Augustine | 1:04-CV-21622 |
| 115 | Mickan, Raymond | 1:04-CV-21625 |
| 116 | Miller, Gertee | 1:04-CV-21634 |
| 117 | Mitchell, Edward J. | 1:04-CV-21650 |
| 118 | Mohon, Larry E. | 1:04-CV-21661 |
| 119 | Moreno, Alfredo | 1:04-CV-21684 |
| 120 | Moreno, Rosalio | 1:04-CV-21688 |
| 121 | Munoz, Hector R. | 1:04-CV-21713 |
| 122 | Nelson, Gary L. | 1:04-CV-21729 |
| 123 | Nelson, John | 1:04-CV-21730 |
| 124 | O'Callaghan, Ricky W. | 1:04-CV-21768 |
| 125 | Olivarez, Adan A. | 1:04-CV-21784 |
| 126 | Oliver, George L. | 1:04-CV-21785 |
| 127 | Olmsted, Robert E. | 1:04-CV-21788 |
| 128 | Ortiz, Israel | 1:04-CV-21793 |
| 129 | Pape, Gregory E. | 1:04-CV-21813 |
| 130 | Parker, William Arthur | 1:04-CV-21824 |
| 131 | Perez, Jose | 1:04-CV-21857 |
| 132 | Peterson, John Alfred | 1:04-CV-21873 |

Adames, et al.  
To be remanded  
02/15/07

| | Plaintiff | Cause Number |
|---|---|---|
| 133 | Peveto, Thurman | 1:04-CV-21877 |
| 134 | Phillips, Danny F. | 1:04-CV-21883 |
| 135 | Phillips, Randy | 1:04-CV-21886 |
| 136 | Price, Tommy D. | 1:04-CV-21926 |
| 137 | Proctor, B. P. | 1:04-CV-21929 |
| 138 | Ramos, Alfredo G. | 1:04-CV-21949 |
| 139 | Redeaux, Joseph | 1:04-CV-21973 |
| 140 | Reed, Johnnie | 1:04-CV-21976 |
| 141 | Resendez, Raul | 1:04-CV-21987 |
| 142 | Reyes, Antonio | 1:04-CV-21989 |
| 143 | Reynolds, Thomas | 1:04-CV-21996 |
| 144 | Roy, Joseph A. | 1:04-CV-22071 |
| 145 | Rubit, Alfred | 1:04-CV-22072 |
| 146 | Russell, Charles | 1:04-CV-22079 |
| 147 | Salinas, Gonzalo M. | 1:04-CV-22090 |
| 148 | Salinas, Lorenzo | 1:04-CV-22092 |
| 149 | Sanchez, Genaro | 1:04-CV-22100 |
| 150 | Sasser, Timmy L. | 1:04-CV-22118 |
| 151 | Scanlin, Anthony | 1:04-CV-22119 |
| 152 | Scott, John | 1:04-CV-22130 |
| 153 | Scott, Larry Gene | 1:04-CV-22132 |
| 154 | Seebaugh, Michael W. | 1:04-CV-22141 |
| 155 | Sharpe, Reginald C. | 1:04-CV-22163 |
| 156 | Shaw, Claude C. | 1:04-CV-22166 |
| 157 | Smith, Claude F. | 1:04-CV-22214 |
| 158 | Smith, David D. | 1:04-CV-22216 |
| 159 | Smith, Lloyd | 1:04-CV-22230 |
| 160 | Snowden, Robert | 1:04-CV-22247 |
| 161 | Stafford, James | 1:04-CV-22275 |
| 162 | Stringer, Michael | 1:04-CV-22299 |
| 163 | Swaim, Ed | 1:04-CV-22310 |
| 164 | Thibodeaux, Nelson | 1:04-CV-22327 |
| 165 | Thompson, Abram | 1:04-CV-22337 |
| 166 | Tobar, Lino | 1:04-CV-22362 |
| 167 | Tran, Hung M. | 1:04-CV-22377 |
| 168 | Tristan, David | 1:04-CV-22385 |
| 169 | Uribe, Jose A. | 1:04-CV-22399 |
| 170 | Valdez, Jose | 1:04-CV-22405 |
| 171 | Vela, Humberto | 1:04-CV-22428 |
| 172 | Vessel, Charles E. | 1:04-CV-22431 |
| 173 | Villarreal, Andres | 1:04-CV-22438 |
| 174 | Villarreal, Heriberto P. | 1:04-CV-22439 |
| 175 | Villarreal, Lupe | 1:04-CV-22441 |
| 176 | Wade, Donald R. | 1:04-CV-22452 |

Adames, et al. 02/15/07
To be remanded

|  | Plaintiff | Cause Number |
|---|---|---|
| 177 | Wells, Herman | 1:04-CV-22506 |
| 178 | White, Howard | 1:04-CV-22520 |
| 179 | Williams, Alphe | 1:04-CV-22542 |
| 180 | Williams, Henry L. | 1:04-CV-22552 |
| 181 | Wilson, Julian K. | 1:04-CV-22571 |
| 182 | Witchet, Ira | 1:04-CV-22575 |
| 183 | Witte, Elfred | 1:04-CV-22578 |
| 184 | Woods, Early M. | 1:04-CV-22585 |
| 185 | Woytek, Lester | 1:04-CV-22596 |
| 186 | Yates, Steve K. | 1:04-CV-22612 |